IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN WILLIAM ELLISON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 2:10CV00046 SWW |
| | * | |
| MARILYN CARMIKLE and | * | |
| JOANNA MARIE BENTLEY, | * | |
| | * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiff's complaint be and is hereby dismissed.

DATED this 15th day of April, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE